```
JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
One Frank Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-3988     Fax:  (510) 238-2961
cortler@oaklandcityattorney.org
CE02837/413474
```

Attorneys for Plaintiff/Cross-Defendant
CITY OF OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a Municipal corporation,<br><br>Plaintiff and Real Party in Interest,<br><br>vs.<br><br>WILLIAM ABEND, et al.<br><br>Defendants. | Case No.:  C 07-02142 EMC<br><br>**Stipulation to Extension of Deadline for Defendant and Respondent City of Oakland's Answer to First Amended Writ and Complaint** ; ORDER<br><br>Courtroom: C, 15th floor<br>Magistrate Judge Edward M. Chen |
| AND RELATED CROSS-ACTION. | |
| WILLIAM M. ABEND AND MARCIA F. ABEND,<br><br>Petitioners and Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a California municipal corporation; et al.,<br><br>Respondents and Defendants. | |

The parties to the above captioned litigation hereby stipulate, by and through their

1  undersigned counsel of record, to continue the deadline for the City of Oakland's Answer
2  to the First Amended Petition for Writ of Administrative Mandamus Against All
3  Respondents; And Complaint for Declaratory and Injunctive Relief Against All Defendants
4  **from Thursday, August 2, 2007 to Monday August 13 2007.**

6      It is so Stipulated.

7      Dated: August 1, 2007

                JOHN A. RUSSO, City Attorney
                RANDOLPH W. HALL, Assistant City Attorney
                JAMES F. HODGKINS, Supervising Trial Attorney
                CHARLES E. VOSE, Senior Deputy City Attorney

        By: _____
                CHARLES E. VOSE
                Attorney for Defendants and Respondents
                City of Oakland, et. al.

        By: _____
                CHRISTINE PEEK (McManis Faulkner & Morgan)
                Attorney for Plaintiffs and Petitioners
                William and Marcia Abend

Pursuant to the stip of the parties and good cause appearing therefore,
**IT IS SO ORDERED.**

DATED: _____August 7, 2007_____

Hon. Edward M. Chen
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

STIPULATION TO EXTENSION
OF TIME TO ANSWER