1  JOHN A. RUSSO, City Attorney, State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
   CAROLYN ORTLER, Deputy City Attorney, State Bar # 239631
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-3988     Fax:  (510) 238-6500
   cortler@oaklandcityattorney.org
5  CE02837/413472

6  Attorneys for Plaintiff/Cross-Defendant
   CITY OF OAKLAND

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a Municipal corporation,<br><br>Plaintiff and Real Party in Interest,<br><br>vs.<br><br>WILLIAM ABEND, et al.<br><br>Defendants. | Case No.:  C 07-02142 EMC<br><br>**Stipulation to Extension of Deadline for Plaintiff and Cross-Defendant City of Oakland's Answer to First Amended Cross-Complaint** ; ORDER<br><br>Courtroom: C, 15th floor<br>Magistrate Judge Edward M. Chen |
| AND RELATED CROSS-ACTION. | |
| WILLIAM M. ABEND AND MARCIA F. ABEND,<br><br>Petitioners and Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a California municipal corporation; et al.,<br><br>Respondents and Defendants. | |

The parties to the above captioned litigation hereby stipulate, by and through their

1  undersigned counsel of record, to continue the deadline for the City of Oakland's Answer
2  to the First Amended Cross-Complaint **from Thursday, August 2, 2007 to Monday**
3  **August 13 2007.**

5  It is so stipulated.

6  Dated:  August 1, 2007

```
                                JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
                                JAMES F. HODGKINS, Supervising Trial Attorney
                                CAROLYN ORTLER, Deputy City Attorney


                          By: _____/s/_____
                                CAROLYN ORTLER
                                Attorney for Plaintiff and Cross-Defendants
                                City of Oakland


                          By: ___Christine E. Peek_____
                                CHRISTINE PEEK (McManis Faulkner & Morgan)
                                Attorney for Defendant and Cross-Complainant
                                William Abend
```

Pursuant to the stip of the parties and good cause appearing therefore,
**IT IS SO ORDERED.**

DATED:  August 7, 2007                    _____
                                          Hon. Edward M. Chen
                                          United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*