**FILED**

*NOV 0 1 2007*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney - State Bar #142561
   CHARLES E. VOSE, Deputy City Attorney - State Bar #139700
3  One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612
   Telephone: (510) 238-2961     Fax: (510) 238-6500
4  CE02837/422246

5  Attorneys for Defendants
   City of Oakland, Deborah Edgerly,
6  Arturo Sanchez, and Barbara Killey

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ABEND, MARCIA ABEND, | Case No. C-07-02142-EMC |
| Plaintiffs, | **ORDER** |
| vs. | |
| CITY OF OAKLAND, OFFICE OF THE CITY ADMINISTRATOR, DEBORAH EDGERLY, City Administrator, ARTURO SANCHEZ, and BARBARA KILLEY, | |
| Defendants. | |

Upon application by defendants in this action, Deborah Edgerly, Arturo Sanchez, and Barbara Killey, it is hereby ordered as follows: On the condition that Niccolo De Luca attend WSB Deborah Edgerly, Arturo Sanchez, and Barbara Killey are hereby excused from attending the mediation in this action, scheduled for December 5, 2007.

**IT IS SO ORDERED.**

Dated: November __1__, 2007

_____
THE HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE