1 COLLEEN DUFFY SMITH (161163)
CHRISTINE PEEK (234573)
2 McMANIS FAULKNER & MORGAN
A Professional Corporation
3 50 West San Fernando Street, 10th Floor
San Jose, California 95113
4 Telephone: 408-279-8700
Facsimile: 408-279-3244
5 Email: cduffysmith@mfmlaw.com
cpeek@mfmlaw.com

Attorneys for Defendant and Cross-Complaint,
William Abend, and Petitioners and Plaintiffs,
William M. Abend and Marcia F. Abend

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a municipal corporation,<br><br>Plaintiff and Real Party in Interest,<br><br>vs.<br><br>WILLIAM ABEND, et al.,<br><br>Defendants. | No. C 07-02142 EMC<br><br>(Alameda County Superior Court Case Nos. RG-06-289665 and RG-06-296229)<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE THE JANUARY 23, 2008 CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**<br><br>[Civil Local Rule 6-2] |
| AND RELATED CROSS-ACTION. | |
| WILLIAM M. ABEND AND MARCIA F. ABEND,<br><br>Petitioners And Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Respondents And Defendants. | |

## STIPULATION AND JOINT REQUEST

WHEREAS, pursuant to the Court's Case Management and Pretrial Order for Jury Trial of August 23, 2007 ("PTO"), a further case management conference has been scheduled for January 23, 2008, at 2:30 p.m. before the Honorable Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS, the PTO further provides that the parties' updated joint case management statement is due January 16, 2008; and

WHEREAS, the parties are currently engaged in settlement discussions and desire additional time to finalize a settlement agreement;

The parties to the above-entitled consolidated action hereby stipulate, by and through their respective counsel, and jointly request that the case management conference currently scheduled for January 23, 2008, be continued until February 27, 2008. The parties further stipulate and jointly request that the deadline to file their joint updated case management statement be continued from January 16, 2008 until February 20, 2008. The parties make this stipulation and joint request for the reasons stated in the Declaration of Christine Peek in Support of Stipulation and Joint Request to Continue the January 23, 2008 Case Management Conference and Deadline to File Updated Joint Case Management Statement, filed herewith.

DATED: January 14, 2008

McMANIS FAULKNER & MORGAN

*Christine E. Peek*
COLLEEN DUFFY SMITH
CHRISTINE PEEK

Attorneys for Defendant and Cross-Complainant, William Abend, and Petitioners and Plaintiffs, William M. Abend and Marcia F. Abend

/ / /
/ / /
/ / /

```
 1   DATED: January 14, 2008            OFFICE OF THE CITY ATTORNEY

 2                                      /s/ Charles E. Vose
 3                                      CHARLES E. VOSE
                                        CAROLYN ORTLER
 4
 5                                      Attorneys for Plaintiff and Cross-
                                        Defendant, City of Oakland, and
 6                                      Respondents and Defendants, City of
                                        Oakland, et al.
 7
 8
 9                                      ORDER

10   PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
12   DATED: January 15, 2008                                     JUDGE
13
```

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION AND JOINT REQUEST TO CONTINUE JANUARY 23, 2008 CMC AND DEADLINE TO FILE
UPDATED JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER          No. C 07-02142 EMC

01/14/2008 MON 17:39  [TX/RX NO 9592]  ☒002

| | |
|---|---|
| DATED: January __, 2008 | OFFICE OF THE CITY ATTORNEY |
| | |
| | _____ |
| | CHARLES E. VOSE |
| | CAROLYN ORTLER |
| | |
| | Attorneys for Plaintiff and Cross-Defendant, City of Oakland, and Respondents and Defendants, City of Oakland, et al. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January __, 2008

_____
UNITED STATES DISTRICT JUDGE