```
 1  COLLEEN DUFFY SMITH (161163)
    CHRISTINE PEEK (234573)
 2  McMANIS FAULKNER & MORGAN
    A Professional Corporation
 3  50 West San Fernando Street, 10th Floor
    San Jose, California 95113
 4  Telephone:    408-279-8700
    Facsimile:    408-279-3244
 5  Email:        cduffysmith@mfmlaw.com
                  cpeek@mfmlaw.com
 6
    Attorneys for Defendant and Cross-Complaint,
 7  William Abend, and Petitioners and Plaintiffs,
    William M. Abend and Marcia F. Abend
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a municipal corporation,<br><br>Plaintiff and Real Party in Interest,<br><br>vs.<br><br>WILLIAM ABEND, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION.<br><br>WILLIAM M. ABEND AND MARCIA F. ABEND,<br><br>Petitioners And Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Respondents And Defendants. | No. C 07-02142 EMC<br><br>(Alameda County Superior Court Case Nos. RG-06-289665 and RG-06-296228)<br><br>**DISMISSAL OF ENTIRE ACTION FILED BY PETITIONERS AND PLAINTIFFS WILLIAM M. ABEND AND MARCIA F. ABEND, AND OF CROSS-COMPLAINT FILED BY WILLIAM ABEND AND [PROPOSED] ORDER** |

1

DISMISSAL OF ENTIRE ACTION FILED BY PETITIONERS AND PLAINTIFFS WILLIAM M. ABEND AND MARCIA F. ABEND, AND CROSS-COMPLAINT FILED BY WILLIAM ABEND AND [PROPOSED] ORDER
No. C 07-02142 EMC

## DISMISSAL OF ENTIRE ACTION AND OF CROSS-COMPLAINT

Subject to the terms and conditions set forth in the Settlement Agreement, dated February 25, 2008, Petitioner and Plaintiffs William and Marcia Abend, hereby dismiss action RG 06-296228, and Cross-Complainant William Abend, hereby dismisses the cross-complaint filed in action RG 06-289665, in their entirety with prejudice, which actions have been consolidated as United States District Court, Northern District of California action number C 07-07-2142 EMC.

DATED: February 28, 2008

McMANIS FAULKNER & MORGAN

_____
COLLEEN DUFFY SMITH
CHRISTINE PEEK

Attorneys for Defendant and Cross-Complainant, William Abend, and Petitioners and Plaintiffs, William M. Abend and Marcia F. Abend

## ORDER

PURSUANT to the voluntary Dismissal Of Entire Action Filed By Petitioners And Plaintiffs William M. Abend And Marcia F. Abend, And Of Cross-Complaint Filed By William Abend, action RG 06296228 and the cross-complaint filed in action RG 06-289665 are hereby dismissed in their entirety with prejudice.

March 4, 2008

Dated: ~~February _____, 2008~~

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

DISMISSAL OF ENTIRE ACTION FILED BY PETITIONERS AND PLAINTIFFS WILLIAM M. ABEND AND MARCIA F. ABEND, AND CROSS-COMPLAINT FILED BY WILLIAM ABEND AND [PROPOSED] ORDER
No. C 07-02142 EMC