JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
CAROLYN ORTLER, Deputy City Attorney, State Bar # 239631
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3988    Fax: (510) 238-6500
cortler@oaklandcityattorney.org
CE02837/430713

Attorneys for Plaintiff/Cross-Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a Municipal corporation,<br><br>Plaintiff and Real Party in Interest,<br><br>vs.<br><br>WILLIAM ABEND, et al.<br><br>Defendants. | Case No.: C 07-02142 EMC<br><br>**DISMISSAL OF ENTIRE ACTION FILED BY CITY OF OAKLAND** |
| AND RELATED CROSS-ACTION. | |
| WILLIAM M. ABEND AND MARCIA F. ABEND,<br><br>Petitioners and Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a California municipal corporation; et al.,<br><br>Respondents and Defendants. | |

Subject to the terms and conditions set forth in the settlement agreement dated February 25th, 2008 Plaintiff and Cross-Defendant City of Oakland hereby dismisses Alameda County Superior Court action RG 06-289665, which was consolidated with Alameda County Superior Court action RG 06-296228 and removed to federal court as United States District Court, Northern District of California action C 07-07-2142 EMC.

Dated: February 29, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney
CAROLYN ORTLER, Deputy City Attorney

By: //S// Carolyn Ortler
Attorney for Plaintiff/Cross-Defendant
CITY OF OAKLAND

ORDER

Pursuant to the Voluntary Dismissal of Entire Action Filed by Plaintiff and Cross-Defendant City of Oakland, Northern District of California action number C 07-07-2142 EMC is hereby dismissed in its entirety with prejudice.

Dated: March 4, 2008

_____
UNITED STATES

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen