JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  408-279-8700
Facsimile:  408-279-3244
Email:      jmcmanis@mcmanislaw.com
            cpeek@mcmanislaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>CITY OF OAKLAND, a municipal corporation,<br><br>Plaintiff and Real Party in Interest,<br><br>vs.<br><br>WILLIAM ABEND, et al.,<br><br>Defendants. | No. C 07-02142 EMC<br><br>(Alameda County Superior Court Case Nos. RG-06-289665 and RG-06-296229)<br><br>**APPLICATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF ATTORNEY** |
| AND RELATED CROSS-ACTION. | |
| WILLIAM M. ABEND AND MARCIA F. ABEND,<br><br>Petitioners And Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Respondents And Defendants. | |

APPLICATION AND [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY       No. C 07-02142 EMC

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, defendant and cross-complainant, WILLIAM ABEND, and petitioners and plaintiffs, WILLIAM AND MARCIA ABEND, hereby submit the following application to the Court for an Order allowing them to proceed with the following substitution of attorney:

    WILLIAM AND MARCIA ABEND will no longer be represented by McManis Faulkner or any of its attorneys. WILLIAM AND MARCIA ABEND will now be represented by Colleen Duffy-Smith of Morgan, Duffy-Smith & Tidalgo, LLP.

I consent to this substitution.

DATED: 30 SEP 09

_____
WILLIAM ABEND, Defendant and Cross-Complainant, and Petitioner and Plaintiff

I consent to this substitution.

DATED: 30 Sep 09

_____
MARCIA ABEND, Petitioner and Plaintiff

I consent to this substitution.

McMANIS FAULKNER

DATED: 10/5/09

_____
CHRISTINE PEEK

Former attorneys for Defendant and Cross-Complainant, WILLIAM ABEND, and Petitioners and Plaintiffs, WILLIAM AND MARCIA ABEND

---

APPLICATION AND [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY     No. C 07-02142 EMC

1 | I consent to this substitution.
2 |                                              MORGAN DUFFY-SMITH & TIDALGO, LLP
3 |
4 | DATED:  9/25/09                              _____
                                                 COLLEEN DUFFY-SMITH
5 |
6 |                                              New attorneys for Defendant and Cross-
                                                 Complainant, WILLIAM ABEND, and
7 |                                              Petitioners and Plaintiffs, WILLIAM AND
                                                 MARCIA ABEND
8 | IT IS SO ORDERED.
9 |
10 | DATED: ~~September __, 2009~~    10/6/09

IT IS SO ORDERED
Judge Edward M. Chen
United States District Court, Northern District of California

---

APPLICATION AND [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY         No. C 07-02142 EMC

Page 2